UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A DILEMME WRECKING GROUP, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 2:20-cv-01849-JMA-AKT |

## **WITHDRAWAL OF APPEARANCE**

Marc E. Haas, an attorney at Robinson & Cole, LLP, counsel for Plaintiff Arch Specialty Insurance Company, hereby informs the Court that he will no longer be associated with the Robinson & Cole LLP after March 12, 2021 and respectfully requests that the Court withdraw his appearance as counsel for Plaintiff in this matter. Plaintiff will continue to be represented by David Sienko and Gregory Lahr.

Dated: New York, New York
　　　　March 8, 2021

　　　　　　　　　　　　　　　　　　　　ROBINSON & COLE LLP

　　　　　　　　　　　　　　　　By:　*/s/ Marc E. Haas*
　　　　　　　　　　　　　　　　　　　Marc E. Haas
　　　　　　　　　　　　　　　　　　　666 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 451-2900
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 451-2999
　　　　　　　　　　　　　　　　　　　E-mail: mhaas@rc.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Arch Specialty Insurance Company*

## **Certificate of Service**

  This is to certify that the foregoing Withdrawal of Appearance was served on all counsel of record via CM/ECF.

                 */s/ Marc E. Haas*
                 Marc E. Haas