UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>A DILEMME WRECKING GROUP, INC.,<br><br>                Defendant. | Civil Action No.: 2:19-cv-01849-JMA-AKT |

**NOTICE OF REQUEST FOR WITHDRAWAL OF APPEARANCE**

    J. Gregory Lahr, a partner at Robinson & Cole, LLP, counsel for Plaintiff Arch Specialty Insurance Company, hereby informs the Court that David C. Sienko will no longer be associated with Robinson & Cole LLP after April 29, 2021 and respectfully requests that the Court withdraw his appearance as counsel for Plaintiff in this matter.  I will continue to represent Plaintiff in this matter.

Dated: New York, New York
      April 29, 2021

                                  ROBINSON & COLE LLP

                              By: */s/ J. Gregory Lahr*
                                      J. Gregory Lahr
                                      666 Third Avenue, 20th Floor
                                      New York, New York 10017
                                      Telephone: (212) 451-2900
                                      Facsimile: (212) 451-2999
                                      E-mail: glahr@rc.com

                                      *Attorneys for Plaintiff Arch Specialty Insurance Company*